L A W    O F F I C E S    O F

# Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

May 25, 2005

The Honorable Richard Owen
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2903
New York, New York 11201

Re:   <b><i>U.S. v. Jason Sepulveda</i></b><br>Docket No. S4 03 Cr. 1492 (RO)

Dear Judge Owen:

Please accept this letter/memorandum as a formal application for sentencing considerations on behalf of Jason Sepulveda. For the reasons stated below, it is our view that the Court should sentence Mr. Sepulveda to the Statutory minimum and not rely on the Guidelines as recommended by Probation.

### INTRODUCTION

Jason Sepulveda is awaiting sentence for his participation in a drug conspiracy in which he faces a statutory minimum of 10 years imprisonment for violating the narcotics laws of the United States. See 21 U.S.C. §§812, 841(a)(1), and 841(b)(1)(A). As indicated in the PSI Report, Mr. Sepulveda has accepted responsibility for his role in the charged offenses. Probation has recommended that this Court sentence Mr. Sepulveda to the Guidelines minimum of 135 months. Under the current law, however, the Guidelines have been declared unconstitutional to the extent that they are merely "advisory." United States v. Booker, 543 U.S. ___, 125 S.Ct. 738 (2005). Indeed, the Supreme Court has held that subsection 3553(b)(1) of the Sentence Reform Act of 1984, which mandates use of the Guidelines for sentencing purposes, is "excised." Id. Thus, the Court is no longer *bound* by the Guidelines.

We recognize, however, that pursuant to the Second Circuit's recent holding in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), the Court "remain[s] under a duty with respect to the Guidelines--not the previously imposed duty to apply the Guidelines, but the continuing duty to 'consider' them, along with the other factors listed in section 3553(a)." Id. at 110. It is for this reason we do not contest the offense level or the Guidelines range arrived at in the PSI Report.

LAW   OFFICES   OF
# Murray Richman

However, the purpose of this letter/memorandum is to respectfully ask the Court to either sentence Mr. Sepulveda to the statutory minimum of ten years, *or*, if the Guidelines are deemed applicable, we respectfully ask the Court to downwardly depart from the recommended Guidelines sentence of 135 months.  Indeed, "mitigating circumstance[s]" exists in Mr. Sepulveda's family life, which militates in favor of a sentence below the Guidelines range of 135 months to a sentence that is more commensurate with the statutory minimum of ten years.

### The Facts

Mr. Sepulveda is married with three very ill daughters and a cancer stricken father.  Mr. Sepulveda has a biological daughter with his wife, Evette Sepulveda, a biological daughter from a previous relationship, and Mr. Sepulveda has assumed the role of stepfather to his wife's sixteen-year-old daughter (from a previous relationship) since she was one years old.   For his crimes, Mr. Sepulveda will be separated from his family for at least 10 years (pursuant to the statutory provisions) or for 135 months pursuant to the Guidelines provisions.  During this lengthy time period, he will not be able to provide emotional or financial support for either his ailing daughters or his sick father.  Attached to this letter are the official medical records of his sixteen-year-old and five-year-old daughters.  While their medical histories are comprehensive, dating back to their infant years, a brief summary of their respective medical conditions is necessary to assist this Court in determining whether a sentence below the Guidelines is warranted.

As stated, supra., Mr. Sepulveda has a biological daughter with his wife, Evette Sepulveda.  Their daughter, *Skyler Sepulveda*, is two months shy of five years old, born July 22, 2000.  She has numerous health issues and is severely asthmatic.  She has been in-and-out of hospitals since infancy and is continuously in need of medical attention.  Shortly following her birth she was placed on the following medications: Orapred; Albuterol (Nebulizer); Pulmicort; Augmentin; Amoxil; Tylenol; Acetaminophen; Ibuprofen; Zithromax; Triviflor; Flovent; Antipyretics; Comvax and Prevnar.

Skyler Sepulveda also has tubes planted in her left and right ear and she also suffers other ailments, some of which are an eating disorder, frequent bouts with prolonged coughing, diarrhea and high fevers.  The Sepulvedas not only have relied on Mr. Sepulveda's emotional and financial support in raising Skyler, but his physical presence.  Mr. Sepulveda has attended many of Skyler's hospital appointments and has been by her side during her more serious medical procedures.  If the Court sentences Mr. Sepulveda to the statutory minimum, Skyler will be approximately fifteen years old when her father is released from prison.  While his extended absence is sure to have an adverse effect on Skyler's emotional development, anything more than the statutory minimum will crush Skyler.

L A W   O F F I C E S   O F
# Murray Richman

***Trisha Torres*** is not the biological daughter of Mr. Sepulveda.  However, Jason Sepulveda has been a father throughout her life.  Trisha has a serious condition of sickle cell.   She was hospitalized at birth as she was born with an infection of the brain. At an early age Trisha underwent two major surgeries and had many blood transfusions.  Trisha currently suffers from joint pain from head to toe, which requires frequent hospitalization.  In addition, she is required to take multiple medications twice a day for the remainder of her life, as there is currently no cure for her medical condition. Along with a host of other medications, Trisha takes Folic Aid once a day, penicillin twice a day and boost supplements as a result of her poor appetite.  She also has psychological problems and sees a psychiatrist on a weekly basis.  Throughout Trisha's many years of seeing doctors, being admitted to hospitals and experiencing years of medical setbacks, Mr. Sepulveda has always been there for her.  In fact, because of Trisha's many extended trips to the hospital, both Evette and Jason Sepulveda had to work out a routine where they took turns being with Trisha at the hospital.  Evette Sepulveda is now left with that responsibility even though she has to divide her time with her other ailing daughter (Skyler).

Mr. Sepulveda's biological 13-year-old daughter from a previous relationship suffers from mental illness and depression.  She's been admitted to Bellevue hospital and placed on suicide watch.  She too has been through psychiatric therapy and relies heavily on Mr. Sepulveda for support.

Finally, Jason Sepulveda's father has been diagnosed with advanced cancer and he suffers from a severe case of arthritis.  Jason Sepulveda has been instrumental in taking his father to hospital appointments, finding a suitable doctor and being there for his father whenever duty called.

While we understand that Jason Sepulveda will be sentenced for his admitted transgressions, this Court is vested with broad discretionary power to take these very important mitigating factors into consideration when imposing sentence.  It is our respectful view that because this Court cannot go below the statutory minimum, a sentence of ten years (the mandatory minimum) is more than sufficient.  Certainly, the Court should hold that the Guidelines is not appropriate in this case where the recommended minimum of 135 months would require Mr. Sepulveda to serve fifteen more months than what is required by the statutory minimum—which is equivalent to 120 months.   However, if the Court concludes that the Guidelines is appropriate, downward departure should be granted.

### THE APPLICABLE LAW

It is beyond cavil that this Court has the discretionary powers to downward depart from the Guidelines under extraordinary circumstances. The Second Circuit has

consistently recognized that *extraordinary* family circumstances, present to an unusual, special or ordinary degree, including parental responsibilities, are a proper ground for downward departure. See, e.g., United States v. Galante, 111 F.3d 1029, 1036 (2d Cir. 1997); United States v. Ekhator, 17 F.3d 53 (2d Cir. 1994); United States v. Johnson, 964 F.2d 124 (2d Cir. 1992).

It is understood that family circumstances are discouraged as a factor in the sentencing process. United States v. Sweeting, 213 F.2d 95, 100 (3d Cir. 2000); see also, U.S.S.G. §5H1.6.  However, the Supreme Court has held that "if the factor is present to an exceptional degree or in some other way makes the case different from the ordinary case where the factor is present" the court can depart.  Koon v. United States, 518 U.S. 81, 96 (1996).  Thus, where extraordinary circumstances are present, the Second Circuit has read U.S.S.G. §5H1.6 to "mean that when a sentencing court determines the circumstances related to family ties and relationships are extraordinary, the Guidelines do not bar it from considering them as a basis for a downward departure." Galante, 111 F.3d at 1033; accord United States v. Sharpsteen, 913 F.2d 59 (2d Cir. 1990).

The Second Circuit has not only endorsed, but has consistently affirmed departures for extraordinary family circumstances.  In doing so, double digit level reductions have been approved. In Johnson, 964 F.2d 124, the Court upheld the district court's thirteen level downward departure to a sentence of six months home confinement – with ten of those levels based on the defendant's extraordinary parental responsibilities. The Johnson court, after noting that extraordinary family circumstances are "by their nature not capable of adequate consideration" by the Guidelines, found that the departure was justified on behalf of the defendant's family. Id. at 129. The district court departed three levels, from level 23 to level 20 for unrelated reasons, and then departed ten levels from level 20 to level 10 because of extraordinary family responsibilities, including care for defendant's children and the child of her institutionalized daughter. Id. at 129-30.

Such departures have also been consistently affirmed in situations where the defendant played a major caretaker role for either a mentally or physically handicapped and ailing relative. In United States v. Vaughan, No. 92 Cr. 575-04 (RWS), 1993 WL 119704 (S.D.N.Y. Apr. 15, 1993), the defendant was "the sole care provider for three days out of the week for his wife, who is a victim of Alzheimer's." Id. at *1.  The court found a departure based on extraordinary family circumstances, along with other departures, was appropriate. Id. at *2. A closely related situation occurs where the defendant not only plays a caretaker role, but the defendant plays an irreplaceable or very important role in maintaining the family member and family's well being and

L A W   O F F I C E S   O F
# Murray Richman

keeping the family together. See, e.g., United States v. Haversat, 22 F.3d 790 (8th Cir. 1994), on remand, 53 F.3d 335 (8th Cir. 1995) (downward departure affirmed; defendant was irreplaceable part of the treatment plan for his wife and her severe psychiatric problems); United States v. Cadle, 988 F.2d 123 (9th Cir. 1993); United States v. Rose, 885 F. Supp. 62 (E.D.N.Y. 1995) (downward departure granted; defendant cared for cousins and contributed financially to grandmother's care).

It is not necessary that the defendant be the *only* caretaker who could provide for family member at issue where the other caretaker could not shoulder the load handled by   defendant, or removal of the defendant would cause a disintegration of the family unit. In Galante, 111 F.3d 1009, the defendant was the married father of two children, and was the primary breadwinner because his wife's limited English language skills hindered her income earning opportunities. Id. at 1032. The defendant's work saved the family from having to go on public assistance. The district court departed 13 levels, from offense level 23 (Guidelines range of 46-57 months imprisonment) to offense level 10, and sentenced the defendant to time served (8 days), and 24 months home detention and 225 hours of community service as part of a five year term of supervised release. Id. at 1031, 1032. On appeal, the Galante Court found that the District Court did not abuse its discretion in departing downward based on extraordinary family circumstances. Id. at 1032. Importantly, the Second Circuit *rejected the argument that affirming the departure would open the floodgates* and make any defendant "with children and financial difficulties a presumptive candidate for departure." Id. at 1037. In United States v. Alba, 933 F.2d 1117 (2d Cir. 1991), the Court recognized and affirmed a departure based on extraordinary family circumstances. Notably, one of the factors supporting the extraordinary family circumstances departure was that the defendant was instrumental in helping his disabled father "get in and out of his wheelchair." Id. at 1123.

Here, Mr. Sepulveda's family circumstances involves much more than helping a disabled family member "get in and out of [a] wheelchair": Mr. Sepulveda is instrumental in the ongoing care of his very ill daughters. Indeed, as Evette Sepulveda's February 11, 2004 letter points out: "With three daughters that all have medical conditions, they need their father on a daily basis to be there for them for moral support and to be there for them emotionally and financially" (see attached).  No one could deny that factors are present to "an exceptional degree." Koon v. United States, supra, at 96.  Downward departure from the Guidelines should be strongly considered in the instant case.

### *SUPPORTING LETTERS*

 Numerous letters from family and friends have been written on Jason Sepulveda's behalf (see attached).   These letters demonstrate that Jason Sepulveda has the

LAW  OFFICES  OF
# Murray Richman

potential to lead a productive life upon his release.  These are letters from people who obviously love and depend on Jason Sepulveda.  The Court is asked to review these letters and take them into consideration when imposing sentence.

### CONCLUSION

On behalf of Jason Sepulveda and his family, the undersigned respectfully requests, in light of *Booker/Fanfan*, that the Court either not rely on the Guidelines, or downwardly depart from the recommended Guidelines minimum, and impose a sentence that would return Mr. Sepulveda home to his wife and daughters within a time-frame commensurate with the statutory minimum of 120 months, so that he can resume attending to their physical, emotional and financial needs.

Your consideration in the above-referenced matter is greatly appreciated.

Respectfully submitted,

MURRAY RICHMAN, ESQ.
Attorney for the defendant

cc:    AUSA W.S. Wilson Leung

Mr. Jason Sepulveda

# Medical Records of Skyler Sepulveda

Manhattan Pediatrics, PC  16 East 60 St. #410  New York, NY 10022

212-326-3351

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|------|------|------|

**2515:**

| 01/08/2004 | Problem List | [HEALTHY PROBLEM LIST]<br>sickle trait,anemia;asthma<br>Record Updated On: 01/08/2004 |
|---|---|---|
| 08/01/2000 | Allergies | [ALLERGIES]<br>No known allergies<br>Record Updated On: 08/01/2000 |
| 02/10/2004 3 yrs. 6 mos. | Scanned Item<br>PRP | [ITEM:] :DIAGNOSTIC TEST<br>[CATEGORY:] THROAT CULTURE<br>[Scan ID] 24019 |
| 02/10/2004 3 yrs. 6 mos. | Diagnostic Test | [O] [SCAN]THROAT CULTURE:  [R] [SCAN]THROAT CULTURE: ;  [Scan ID] 24019 |
| 02/06/2004 3 yrs. 6 mos. | Patient Encounter<br>Dawn Li | <u>079.99 UNSPECIFIED VIRAL INFECTION</u><br>[PROBLEM] sore throat and cough x 2 days.  + rhinorrhea.  no fever.  good POs/activity.  mom wants strep test done because she is going away, child will be with relatives<br>[OBJECTIVE] Well-appearing<br>[EENTN] conj clear.  L TM small serous effusion, good light reflex.  R TM clear.  OP sl erythema, no exudate, MMM.  neck supple, no LAD<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, clear, no wheeze<br>[ABDOMEN] soft, ND, NT, no HSM, no masses<br>[DERMATOLOGIC] no rashes, normal turgor<br>[ASSESSMENT] viral illness/pharyngitis<br>[PLAN] rapid strep negative<br>f/u throat cx<br>phone f/u |
| 02/05/2004 3 yrs. 6 mos. | Message | [REASON] c/o sore throat, coughing a little; no fever; knee pain<br>[ACTION] appointment tomorrow<br>Caller: MOTHER<br>Time Received:  02:04 PM<br>Note for:  BK<br>Note written by:  BK<br>Call Status: Returned |
| 01/08/2004 3 yrs. 5 mos. | Patient Encounter<br>Brigitte Kerpsack, M.D. | <u>079.99 UNSPECIFIED VIRAL INFECTION</u><br><u>493.90 UNS ASTHMA WOSTATUS ASTHMATICUS</u><br>[PROBLEM] cough as above, had fever for few days, none yesterday, then low grade today; using albuterol and pumicort without significant change<br>[OBJECTIVE] playful, active<br>[EENTN] TMs - nl; oroph - nl; conjunctiva - noninjected; neck - supple<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, B soft wheezes few crackles at bases<br>[ASSESSMENT] viral illness with RAD<br>[PLAN] orapred 1.5tsp po now, then x 3-5 days<br>continue albuterol, pulmicort bid<br>start augmentin ES 600 bid if no improvement/phone f/u |
| 01/06/2004 3 yrs. 5 mos. | Message | [REASON] cough, congestion, fever to 100.4;<br>[ACTION] albuterol q 4-6hours, appointment for worsening cough, increased work of breathing<br>Caller:  MOTERH<br>Time Received:  10:44 AM<br>Note for:  BK |

copyright (c) 2003. Visual Data, LLC  800-218-9916

**Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]**

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|------|------|------|
| **2515:** | | |
| | | Note written by:  BK<br>Call Status: Returned |
| 12/13/2003 | 3 yrs. 4 mos.<br>Patient Encounter<br>Brigitte Kerpsack, M.D. | 034.0 STREPTOCOCCAL SORE THROAT<br>[PROBLEM] sore throat<br>[OBJECTIVE] appears comfortable<br>[EENTN] TMs - nl; oroph - erythematous;  conjunctiva - noninjected; neck - supple<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, clear<br>[ASSESSMENT] strep pharyngitis<br>[PLAN] rapid strep positive<br>amoxil 400 bid |
| 12/05/2003 | 3 yrs. 4 mos.<br>Vaccine<br>Gary S. Edelstein, M.D. | FLU - 3yrs+ |
| 09/12/2003 | 3 yrs. 1 mos.<br>Message<br>CATHY FAIRBURN | [REASON] SCHOOL FORM WAS MAILED TO PARENTS ON 09-12-03<br>Time Received:  05:36 PM<br>Note for:  CF<br>Note written by:  CF<br>Call Status: No follow necessary |
| 06/20/2003 | 2 yrs. 10 mos.<br>Scanned Item<br>GSE | [ITEM:] :DIAGNOSTIC TEST<br>[CATEGORY:] THROAT CULTURE<br>[Scan ID] 16966 |
| 06/20/2003 | 2 yrs. 10 mos.<br>Diagnostic Test | [O] [SCAN]THROAT CULTURE:   [R] [SCAN]THROAT CULTURE:  ;   [Scan ID] 16966 |
| 06/16/2003 | 2 yrs. 10 mos.<br>Patient Encounter<br>Gary S. Edelstein, M.D. | 079.99 UNSPECIFIED VIRAL INFECTION<br>[PROBLEM] Peeling of hands and feet - has occurred twice; most recently over past week. Fever 2 days ago.  No other rash.  No fever today.  Vomited twice last night.<br>[OBJECTIVE] Well-appearing<br>[EENTN] Oroph:nl; neck: supple; tubes appear in place, no erythema, no d/c<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, clear<br>[ABDOMEN] soft, ND, NT, no HSM, no masses<br>[DERMATOLOGIC] few milldly erythematous papules on trunk; peeling on feet<br>[MISC.FINDINGS] anus - small tag-like lesion at 6:00<br>[ASSESSMENT] Viral illness<br>[PLAN] rapid strep (-) culture sent; observe; phone f/u |
| 04/28/2003 | 2 yrs. 9 mos.<br>Message<br>Pamela R. Phillips | [REASON] peeling fingers/toes x 2-3 weeks, otherwise well<br>[ACTION] appt this week<br>Caller:  DAD<br>Time Received:  05:32 PM<br>Note for:  PRP<br>Note written by:  PRP<br>Call Status: Returned |
| 02/28/2003 | 2 yrs. 7 mos.<br>Growth Chart | Weight:      17.3 kg   38.0 lb   97 percentile<br>Height:      98.4 cm   38.8 in   97 percentile<br>Head Circ: 49.5 cm                93 percentile<br>BMI:           17.8                   90 percentile |
| 02/28/2003 | 2 yrs. 7 mos.<br>Vaccine<br>Brigitte Kerpsack, M.D. | FLU - 6-35m |
| 02/28/2003 | 2 yrs. 7 mos.<br>Preventive Exam<br>Brigitte Kerpsack, M.D. | V20.2 ROUTINE INFANT/CHILD HEALTH CHECK<br>[SUBJECTIVE: Interval History Since Last Visit :] 2.5 years old - doing well<br>s/p scarlet fever, amox completed few days ago |

copyright (c) 2003. Visual Data, LLC  800-218-9916

| Date | Record Type Age on Date Provider/Entered By | Record Summary |
|------|---------------------------------------------|----------------|

2515:

no wheezing over past few months since removed rugs from house

occasional iron drops

Diet:  Good appetite, doesn't like meat; 16  ozs milk; tap water

Dev: sentences - understandable;  pretend play; up stairs; names pix in book;        help get dressed; throws ball overhand; brushes teeth

Sleep: good
Elim: toilet trained, diaper at night
[EXAM: OBJECTIVE:] well-appearing
....Weight:   38.0 lb   97 percentile
....Height:   38.8 in   97 percentile
[ABNORMALITIES EXPLAINED] Genitalia: nl female; few light downy hairs over labia
[ADVICE:]  Safety: choking foods (no nuts/popcorn, cut grapes, hot dogs, carrots),
        animals, car seat
Diet: tap water, 1 - 2 % milk
Acetaminophen dose
[ISSUES]  well toddler

Hgb--10.4--continue iron, cbc with next visit
influenza #2
f/u 6 months
[EXAM: FINDINGS:]
....Eyes: -coverRR
....Hearing: nl
....HEENT: AFclosed
....Ears: nl
....Throat: nl
....Neck: supple
....Lymph: none
....Heart: RR (-)M
....Chest: equal BS
....Lungs: clear
....Abdomen: nl
....Hips: symmetric
....Pulses: fem 2+
....Back: nl
....Genitalia: see note
....Hernia: no
....Extremity: FROM-Anomalies
....Skin: good
....Dental: no lesions
....Jaundice: no
....Menstruation History: n/a
....Gross Motor: nl gait
....Fine Motor: nl
....Behavioral Development: NORMAL
....Neuro- Development: NORMAL
....Language Development: NORMAL

| 02/14/2003 | 2 yrs. 6 mos.<br>Message<br>Gary S. Edelstein, M.D. | [REASON] vomiting and diarrhea since last night; less active<br>[ACTION] Small frequent liquids; observe; phone f/u<br>Caller:  MOTHER<br>Time Received:  12:16 PM<br>Note for:  GSE<br>Note written by:  GSE<br>Call Status: Returned |
| 02/14/2003 | 2 yrs. 6 mos.<br>Message<br>Brigitte Kerpsack, M.D. | [REASON] fever to 103.4<br>diarrhea and vomiting<br>using tylenol suppository<br>[ACTION] tylenol for fever, encourage liquids<br>phone f/u if worsens |

copyright (c) 2003. Visual Data, LLC  800-218-9916

**Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]**

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|---|---|---|
| **2515:** | | |
| | | Caller: MOTHER<br>Time Received:  05:51 PM<br>Note for:  BK<br>Note written by:  BK<br>Call Status: Returned |
| 11/14/2002 | 2 yrs. 3 mos.<br>Medication<br>Melissa B. Nelson, M.D. | <u>382.00 ACUTE SUPPURATIVE OTITIS MEDIA WITHOUT SPONTANEOUS RUPTURE</u><br>Augmentin  [600 mg/5cc]<br>Calculated Dosage: 5cc  2 times per day for 10 days.  (NOTE: 5cc = 1 teaspoon)<br>Substitutions Permitted<br>Start date: 11/14/2002 |
| 11/14/2002 | 2 yrs. 3 mos.<br>Patient Encounter<br>Melissa B. Nelson, M.D. | <u>381.01 ACUTE SEROUS OTITIS MEDIA</u><br>[PROBLEM] 2 yr old with 2 wks of coughing which is generally getting better.  Had diarrhea and vomiting x 2 days which has now resolved.  Last night, started c/o left ear pain.  Right ear is dripping some "clear fluid".  Myringotomy tubes placed in 8/2002.  No fevers currently.<br>[OBJECTIVE] Tired-appearing, otherwise comfortable<br>....Temperature: 100 F    Temp Site: Ear Canal<br>[EENTN] Eyes: Conjunctiva - noninjected; Ears: serous otorrhea on right and bulging, tense effusion on left.  Lt tube visualized.  Not able to see tube on right. Nose: Nasal congestion; hyperemic, boggy mucosa oroph: injected, no exudate;<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, clear<br>[ABDOMEN] soft, NT, ND, no masses, no HSM<br>[DERMATOLOGIC] no rashes, normal turgor<br>[ASSESSMENT] OM - bilaterally.<br>S/P myringotomy tube placement in Aug 02.<br>[PLAN] Augmentin  [600 mg/5cc]<br>Calculated Dosage: 5cc  2 times per day for 10 days.  (NOTE: 5cc = 1 teaspoon)>>; |
| 11/04/2002 | 2 yrs. 3 mos.<br>Vaccine<br>Pamela R. Phillips | FLU - 6-35m |
| 11/04/2002 | 2 yrs. 3 mos.<br>Message<br>Pamela R. Phillips | [REASON] cough, wheeze, using albuterol<br>[ACTION] appt<br>Caller: MOTHER<br>Time Received:  01:15 PM<br>Note for:  PRP<br>Note written by:  PRP<br>Call Status: Returned |
| 11/04/2002 | 2 yrs. 3 mos.<br>Patient Encounter<br>Pamela R. Phillips | <u>493.90 UNS ASTHMA WOSTATUS ASTHMATICUS</u><br>[PROBLEM] started with cough, wheze, congestion last night, using albuterol neb with improvement; last neb 5 hrs ago<br>[OBJECTIVE] Well-appearing<br>[EENTN] TMs - tubes in place bilaterally; oroph - nl; conjunctiva - noninjected; neck - supple<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] RR30, good AE, scattered crackles<br>[ABDOMEN] soft, NT, ND, no masses, no HSM<br>[DERMATOLOGIC] no rashes, normal turgor<br>[ASSESSMENT] asthma<br>[PLAN] cont albuterol nebs q4<br>start pulmicort 0.25 bid<br>flu shot 0.25 - RTO 1 mo for flu#2<br>phone f/u |
| 10/21/2002 | 2 yrs. 2 mos.<br>Patient Encounter<br>Pamela R. Phillips | <u>493.10 IN ASTHMA WOSTATUS ASTHMATICUS</u><br>[PROBLEM] has a cold, wheezing, last neb 6am, started on oraprel by Dr Nelson last night<br>[OBJECTIVE] Well-appearing<br>[EENTN] TMs - nl; oroph - nl; conjunctiva - noninjected; neck - supple |

**Confidential Information**
copyright (c) 2003. Visual Data. LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type Age on Date Provider/Entered By | Record Summary |
|---|---|---|

**2515:**

| | | [HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good AE, (+ scattered wheeze, occ crackles, no rtx/flaring<br>[ABDOMEN] soft, NT, ND, no masses, no HSM<br>[DERMATOLOGIC] no rashes, normal turgor<br>[ASSESSMENT] asthma<br>[PLAN] cont albuterol q4<br>orapred 1 tsp bid x 5 days<br>phone f/u<br>flu shot next week |
|---|---|---|
| 10/08/2002 | 2 yrs. 2 mos.<br>Scanned Item<br>PRP | [ITEM:] :REFERRAL LETTER<br>[CATEGORY:] DR. KELLER<br>[Scan ID] 8863 |
| 08/16/2002 | 2 yrs. 0 mos.<br>Medication<br>Melissa B. Nelson, M.D. | 382.00 ACUTE SUPPURATIVE OTITIS MEDIA WITHOUT SPONTANEOUS RUPTURE<br>Augmentin [600 mg/5cc]<br>Calculated Dosage: 5cc  2 times per day for 10 days.  (NOTE: 5cc = 1 teaspoon)<br>Substitutions Permitted<br>Start date: 08/16/2002<br>End  date: 08/26/2002<br>Weight: 35 Lb. |
| 08/16/2002 | 2 yrs. 0 mos.<br>Patient Encounter<br>Melissa B. Nelson, M.D. | 382.00 ACUTE SUPPURATIVE OTITIS MEDIA WITHOUT SPONTANEOUS RUPTURE<br>[PROBLEM] Began c/o right ear pain this am.  Last OM was approx 1 month ago.  She is scheduled for bilateral myringotomy tube placement in 2weeks ( 8/28).  No fevers.<br>[OBJECTIVE] Well-appearing active<br>[EENTN] Eyes: Conjunctiva - noninjected; Ears: TM - Right red, full, Left - normal; nose: normal oroph:nl; neck: supple; no adenopathy<br>[HEART] Heart: RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, clear<br>[ABDOMEN] soft, NT, ND, no masses, no HSM<br>[ASSESSMENT] Rt OM<br>[PLAN] Augmentin <<[#517] Augmentin [600 mg/5cc]<br>Calculated Dosage: 5cc  2 times per day for 10 days.  (NOTE: 5cc = 1 teaspoon)>>;<br>Mother to contact ENT reference surgery on 8/28. |
| 07/24/2002 | 2 yrs. 0 mos.<br>Growth Chart | Weight:      14.5 kg  32.0 lb  95 percentile<br>Height:      95.3 cm  37.5 in  97 percentile<br>Head Circ: 49.5 cm          93 percentile<br>BMI:          16.0              39 percentile |
| 07/24/2002 | 2 yrs. 0 mos.<br>Diagnostic Test<br>Pamela R. Phillips | [O] PEDIATRIC:   [R] HGB/HCT - HEMOGRAM: 11.80; |
| 07/24/2002 | 2 yrs. 0 mos.<br>Preventive Exam<br>Pamela R. Phillips | V20.2 ROUTINE INFANT OR CHILD HEALTH CHECK<br>[SUBJECTIVE: Interval History Since Last Visit :]  2 yr. old - doing well - s/p episode of RAD last week, still coughing a little<br>on ferinsol<br>Diet: Good appetite; <24 ozs milk; tap water<br><br>Dev: combines 2/3 words; uses imaginative toys; names pix in book<br>          runs; up/down stairs; helps to undress<br>          circular scribbles; uses spoon well<br>Elim: nl, showing interest in potty - pees in potty<br>Sleep: good<br>[EXAM: OBJECTIVE:] well-appearing<br>....Weight:   32.0 lb   95 percentile<br>....Height:    37.5 in   97 percentile<br>[ABNORMALITIES EXPLAINED] TMs - bilateral serous effusions<br>[ADVICE:]  AG: behavior issues (time out), toilet training<br>Diet: tap water or fluoride drops; 1 - 2 % milk<br>acetaminophen and ibuprofen doses<br>Safety: no choking foods; car seat; street safety; water safety |

copyright (c) 2003. Visual Data, LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type Age on Date Provider/Entered By | Record Summary |
|------|------|------|
| 2515: | | |

[ISSUES]  well toddler/ chronic SOM

ENT referral-Keller or DeSerres
hgb 11.8-cont ferinsol but may decrease to 1 dropper qd
flu shot in fall
albuterol neb prn cough
f/u 6 months
[EXAM: FINDINGS]:
....Eyes: RR-cover
....Hearing: nl
....HEENT: AFclosed
....Ears: nl
....Throat: nl
....Neck: supple
....Lymph: none
....Heart: RR, no murmur
....Chest: equal BS
....Lungs: clear
....Abdomen: nl
....Hips: symmetric
....Pulses: fem 2+
....Back: nl
....Genitalia: nl female
....Hernia: no
....Extremity: FROM, nl
....Skin: good
....Dental: nl
....Jaundice: no
....Menstruation History: n/a
....Gross Motor: nl tone
....Fine Motor: nl
....Behavioral Development: nl
....Neuro- Development: nl
....Language Development: nl

07/16/2002  23 mos. 24 days
Patient Encounter
Brigitte Kerpsack, M.D.

493.90 ASTHMA, UNSPECIFIED TYPE, WITHOUT MENTION OF STATUS ASTHMATI
[PROBLEM] cough x 3 days
yesterday had increased work of breathing--pulling in at neck and stomach--aunt who has asthmatic child though looked like asthma
better today
had fever 2 days ago, none today
coughs when she runs even when not sick
one prior episode of increased work of breathing that seemed to respond to cousin's albuterol
[OBJECTIVE] well appearing, active
....Temperature: 98.7 F    Temp Site: Ear Canal
[EENTN] TMs - bilateral serous effusions; oroph - nl; conjunctiva - noninjected; neck - supple
[HEART] RR; nl S1, S2; no murmur
[LUNGS] good aeration, bilateral soft crackles at bases, no retractions, breathing comfortably
[ABDOMEN] soft, NT, ND, no masses, no HSM
[ASSESSMENT] RAD with URI
[PLAN] albuterol neb x 1 in office --with increased crackles
albuerol nebs q 6 hours
orapred 15 mg x 3 days
f/u if develops increased work of breathing, new fever
ear check at well visit

06/29/2002  23 mos. 7 days
Scanned Item
BK

[ITEM:] :DIAGNOSTIC TEST
[CATEGORY:] CBC WITH PLATELETS
[Scan ID] 6943

06/29/2002  23 mos. 7 days
Diagnostic Test

[O] [SCAN]CBC WITH PLATELETS:    [R] [SCAN]CBC WITH PLATELETS:  ;   [Scan ID] 6943

copyright (c) 2003. Visual Data. LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient: SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|---|---|---|
| **2515:** | | |
| | Brigitte Kerpsack, M.D. | |
| 06/26/2002 | 23 mos. 4 days<br>Message<br>Pamela R. Phillips | [REASON] hgb 10.0<br>[ACTION] to start ferinsol 1 dropper bid - will recheck at 2yr WCC visit next month<br>Caller: MOTHER<br>Time Received: 09:43 AM<br>Note for: PRP<br>Note written by: PRP<br>Call Status: No follow necessary |
| 06/17/2002 | 22 mos. 25 days<br>Patient Encounter<br>Pamela R. Phillips | <u>382.00 ACUTE SUPPURATIVE OTITIS MEDIA WITHOUT SPONTANEOUS RUPTURE</u><br>[PROBLEM] fever to 101, cough, runny nose, less active than usual;<br>[OBJECTIVE] Well-appearing<br>....Temperature: 101.9 F    Temp Site: Ear Canal<br>[EENTN] Conjunctiva - noninjected; left TM - red, bulging, right TM normal; oroph:nl;<br>neck: supple;<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] RR32, good AE, scattered crackles, no wheeze<br>[ABDOMEN] soft, NT, ND, no masses, no HSM<br>[DERMATOLOGIC] no rashes, normal turgor<br>[ASSESSMENT] LOM<br>viral illness<br>[PLAN] zithromax 200/5 - 4cc today then 2cc qd days 2-5<br>call for worsening resp sx<br>recheck ear at 2yr WCC visit (one month) - consider ENT referral if unresolved |
| 05/23/2002 | 22 mos. 1 days<br>Patient Encounter<br>Karen A. Kennedy, M.D. | <u>382.00 ACUTE SUPPURATIVE OTITIS MEDIA WITHOUT SPONTANEOUS RUPTURE</u><br>[PROBLEM] Fever last weeek which resolved and URI sx-c/o ear pain this am.  "Wet"<br>cough especially when sleeping.  Good PO's, sleeping well.<br>[OBJECTIVE] Well-appearing<br>[EENTN] Right TM /pharynx normal-left TM red/retracted-supple neck<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] Good aeration, clear<br>[ABDOMEN] Soft, NT<br>[PLAN] Supportive care<br>Omnicef 125/5 1 1/2 tsp qd x 10 days |
| 04/16/2002 | 20 mos. 24 days<br>Patient Encounter<br>Brigitte Kerpsack, M.D. | <u>382.00 ACUTE SUPPURATIVE OTITIS MEDIA WITHOUT SPONTANEOUS RUPTURE</u><br>[PROBLEM] here for ear check<br>s/p OM x 2, s/p augmentin<br>no recent fevers<br>occasional cough<br>[OBJECTIVE] well appearing<br>[EENTN] TMs - nl; conjunctiva - noninjected; neck - supple<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, clear<br>[ABDOMEN] soft, NT, ND, no masses, no HSM<br>[DERMATOLOGIC] no rashes, normal turgor<br>[ASSESSMENT] resolved OM<br>[PLAN] f/u 3 months for wcc |
| 04/10/2002 | 20 mos. 18 days<br>Message<br>Karen A. Kennedy, M.D. | [REASON] Needs refill of Triviflor.<br>[ACTION] Triviflo 0.25 qd with 5 refills.<br>Caller: PHARMACY<br>Time Received: 02:04 PM<br>Note for: KAK<br>Note written by: KAK<br>Call Status: Returned |
| 02/27/2002 | 19 mos. 5 days<br>Growth Chart | Weight:    12.6 kg  27.6 lb   84 percentile<br>Height:    90.2 cm  35.5 in   97 percentile<br>Head Circ: 48.5 cm          90 percentile |
| 02/27/2002 | 19 mos. 5 days<br>Preventive Exam | <u>V20.2 ROUTINE INFANT OR CHILD HEALTH CHECK</u> |

**Confidential Information**

copyright (c) 2003. Visual Data, LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|------|------|------|
| **2515:** | | |
| | Pamela R. Phillips | [SUBJECTIVE: Interval History Since Last Visit :] 18 months - doing well<br>has had fever - resolved 2 days ago, cough<br>Diet: good appetite<br>    < 24 ozs whole milk, tap water, fluoride<br>Dev: words (many), indicates wants, scribbles, walks upstairs 1 hand held, throws ball, stacks blocks<br>Sleep: good, 1 nap<br>Elim: nl<br>[EXAM: OBJECTIVE:] Well<br>....Weight:  27.6 lb  84 percentile<br>....Height:  35.5 in  97 percentile<br>[ABNORMALITIES EXPLAINED] right tm - red, bulging; left tm - red, (+)pus behind inferior portion of tm, but landmarks visualized<br>[ADVICE:]  Safety: choking foods, supervision near streets, water, never leave unattended car/home<br><br>AG: may resist bedtime, normal to fall, can buy potty, night awakenings<br><br>Toys: word books, push/pull toys, parallel play with peers<br><br>Tylenol dose<br>[ISSUES]  well toddler/BOM<br><br>augmentin<br>CBC, lead<br><br>f/u in 6 months<br>[EXAM: FINDINGS]:<br>....Eyes: RR-cover<br>....Hearing: nl<br>....HEENT: AFclosed<br>....Ears: see note<br>....Throat: nl<br>....Neck: supple<br>....Lymph: none<br>....Heart: RR, no murmur<br>....Chest: equal BS<br>....Lungs: clear<br>....Abdomen: nl<br>....Hips: symmetric<br>....Pulses: fem 2 +<br>....Back: normal<br>....Hernia: no<br>....Extremity: FROM, nl<br>....Skin: good<br>....Dental: no lesions<br>....Jaundice: no<br>....Menstruation History: n/a<br>....Gross Motor: normal<br>....Fine Motor: normal<br>....Behavioral Development: normal<br>....Neuro- Development: nl<br>....Language Development: normal |
| 02/21/2002 | 18 mos. 29 days<br>Message<br>Pamela R. Phillips | [REASON] completed course of amox 1 week ago, now agian with fever to 101+, runny nose, mild cough; vomited x 1 this am, decreased appetite but drinking ok<br>[ACTION] observe, appt if no improvement<br>Caller:  MOTHER<br>Time Received:  01:51 PM<br>Note for:  PRP<br>Note written by:  PRP<br>Call Status: Returned |
| 02/04/2002 | 18 mos. 12 days<br>Patient Encounter | <u>382.00 ACUTE SUPPURATIVE OTITIS MEDIA WITHOUT SPONTANEOUS RUPTURE</u><br>[PROBLEM] 2 days of fever to 102.7, cough, congestion, waking from cough, not eating |

copyright (c) 2003, Visual Data, LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|---|---|---|
| 2515: | | |
| | Pamela R. Phillips | well but drinking ok; cousin with same<br>[OBJECTIVE] Well-appearing<br>....Temperature: 99.9 F    Temp Site: Ear Canal<br>[EENTN] Conjunctiva - noninjected; TMs - red, full bilaterally L>R; clear rhinorrhea;<br>oroph:nl; neck: supple;<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, scattered crackles<br>[ABDOMEN] soft, NT, ND, no masses, no HSM<br>[DERMATOLOGIC] no rashes, normal turgor<br>[ASSESSMENT] BOM<br>[PLAN] amoxil 400/5 1 tsp bid x 10 days<br>recheck at well visit |
| 01/22/2002 | 18 mos. 0 days<br>Schedule<br>Gary S. Edelstein, M.D. | [No Show for scheduled appt.- Patient did not call to cancel.] No Show: SEPULVEDA,<br>SKYLER  [201-432-9086] ~18M EXAM-GSE -- GSE N/A----- |
| 12/27/2001 | 17 mos. 5 days<br>Message<br>Brigitte Kerpsack, M.D. | [REASON] fever since last night, no runny nose or cough<br>s/p ear infection 3 weeks ago<br>[ACTION] tylenol or motrin for fever<br>f/u if no improvement or if no other symptoms develop<br>Caller: MOTHER<br>Time Received:  05:31 PM<br>Note for:  BK<br>Note written by:  BK<br>Call Status: Returned |
| 12/03/2001 | 16 mos. 11 days<br>Patient Encounter<br>Gary S. Edelstein, M.D. | 786.2 COUGH<br>[PROBLEM] Coughing for almost 1 month.   Is congested.   Not sleeping well.  Fever 3<br>days ago.  Posttussive vomiting.  Decreased appetite/drinking fine.  Less active.  No<br>one else sick at home.<br>[OBJECTIVE] Well-appearing<br>....Respiratory Rate: 30<br>[EENTN] Conjunctiva - noninjected; TMs normal  landmarks and light reflex; neck:<br>supple<br>[HEART] RR; nl S1, S2; no murmur<br>[LUNGS] good aeration, scattered crackles/wheezes, no retractions<br>[MISC.FINDINGS] Exts: well perfused<br>[ASSESSMENT] cough<br>[PLAN] trial of flovent 44 mcg BID; phone f/u |
| 11/28/2001 | 16 mos. 6 days<br>Message<br>Gary S. Edelstein, M.D. | [REASON] cold 1 month ago; has continued coughing; no fever; acting fine<br>[ACTION] appt within next week if no improvement<br>Caller: MOTHER<br>Time Received:  03:50 PM<br>Note for:  GSE<br>Note written by:  GSE<br>Call Status: Returned |
| 10/23/2001 | 15 mos. 1 days<br>Growth Chart | Weight:     12.5 kg   27.6 lb   96 percentile<br>Height:     85.1 cm   33.5 in   97 percentile<br>Head Circ: 47.7 cm            92 percentile |
| 10/23/2001 | 15 mos. 1 days<br>Vaccine<br>Gary S. Edelstein, M.D. | DTaP<br>HepB/HIB |
| 10/23/2001 | 15 mos. 1 days<br>Preventive Exam<br>Gary S. Edelstein, M.D. | V20.2 ROUTINE INFANT OR CHILD HEALTH CHECK<br>[SUBJECTIVE: Interval History Since Last Visit :]  15 months - doing well; cough; no<br>fever; sounded like she was wheezing<br>Diet: table foods;<br>      < 24 ozs whole milk; fluoride drops<br>Dev:  words, understands commands, walks alone, uses cup, points to body parts<br>Sleep:  good<br>Elim: sometimes hard |

copyright (c) 2003, Visual Data, LLC  800-218-9916

**Event Chronology: A Medical Record Summary. Patient: SKYLER SEPULVEDA [2515]**

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|------|---------------------------------------------------|----------------|

**2515:**

[EXAM: OBJECTIVE:] Well
....Weight:  27.6 lb  96 percentile
....Height:  33.5 in  97 percentile
[ABNORMALITIES EXPLAINED] HEENT: nl shape; mild nasal congestion
[ADVICE:]  No choking foods - nuts, popcorn, raw carrots; cut grapes and hot dogs

Safety: toddler car seat, water safety, cords, medications out of reach

Toys:  books, push-pull toys, "brooms"

AG:  too early for toilet training, fears
[ISSUES]  well child
dietary changes for constipation
DTaP, comvax

f/u in 3 months
[EXAM: FINDINGS]:
....Eyes: RR-cover
....Hearing: nl
....HEENT: see note
....Ears: TMs - nl
....Throat: nl
....Neck: supple
....Lymph: none
....Heart: RR, no murmur
....Chest: equal BS
....Lungs: clear
....Abdomen: nl
....Hips: symm
....Pulses: fem 2+
....Back: nl
....Genitalia: nl female
....Hernia: no
....Extremity: FROM, well perfused
....Skin: good
....Dental: no lesions
....Jaundice: no
....Menstruation History: n/a
....Gross Motor: normal
....Fine Motor: normal
....Behavioral Development: normal
....Neuro- Development: normal
....Language Development: normal

---

| 10/09/2001 | 14 mos. 17 days<br>Patient Encounter<br>Brigitte Kerpsack, M.D. | <u>079.99 UNSPECIFIED VIRAL INFECTION</u><br>[PROBLEM] 3 day h/o decreased appetite, drinking well<br>fever x 1 day<br>small diarrhea<br>vomited x 2<br>no runny nose, cough, was picking at ears<br>[OBJECTIVE] well appearing<br>[EENTN] TMs-normal; oroph-mildly injected with few white papules, no exudate, neck - supple; conjunctiva - noninjected<br>[HEART] RR, no murmurs<br>[LUNGS] good aeration, clear<br>[ABDOMEN] soft, NT/ND, no masses or HSM<br>[DERMATOLOGIC] no rashes<br>[ASSESSMENT] viral illness<br>[PLAN] encourage liquids<br>tylenol for fever<br>f/u if fever persists |

---

| 08/13/2001 | 12 mos. 21 days<br>Patient Encounter<br>Brigitte Kerpsack, M.D. | <u>079.99 UNSPECIFIED VIRAL INFECTION</u><br>[PROBLEM] rash over body<br>had fever to 101-102 3-4 days ago, none since; diarrhea, decreased appetite yet good |

---

 **Confidential Information**

copyright (c) 2003. Visual Data, LLC 800-218-9916

Event Chronology: A Medical Record Summary. Patient: SKYLER SEPULVEDA [2515]

| Date | Record Type Age on Date Provider/Entered By | Record Summary |
|---|---|---|
| **2515:** | | |
| | | fluid intake<br>[OBJECTIVE] appears comfortable<br>[EENTN] TMs-erythematous; oroph-injected with few papules, neck - supple; conjunctiva - mildly injected<br>[HEART] RR, no murmurs<br>[LUNGS] good aeration, clear<br>[ABDOMEN] soft, NT/ND, no masses or HSM<br>[DERMATOLOGIC] erythematous papular rash over body<br>[ASSESSMENT] rash, diarrhea, pharyngitis c/w viral illness<br>[PLAN] tylenol for fever<br>encourage liquids |
| 07/23/2001 | 12 mos. 1 days<br>Growth Chart | Weight:  12.0 kg  26.3 lb  97 percentile<br>Height:  82.6 cm  32.5 in  97 percentile<br>Head Circ: 47.0 cm  93 percentile |
| 07/23/2001 | 12 mos. 1 days<br>Vaccine<br>Gary S. Edelstein, M.D. | MMR<br>Var |
| 07/23/2001 | 12 mos. 1 days<br>Preventive Exam<br>Gary S. Edelstein, M.D. | V20.2 ROUTINE INFANT OR CHILD HEALTH CHECK<br>[SUBJECTIVE: Interval History Since Last Visit :] 1 year old - doing well<br>Diet:good appetite; 8 ozs X 3 - 4<br>Dev: kisses/hugs; starting to understand; words; uses cup; walks w/ 1 hand/alone<br>Sleep:good<br>Elim:nl<br>[EXAM: OBJECTIVE:] Well<br>....Weight:  26.3 lb  97 percentile<br>....Height:  32.5 in  97 percentile<br>....Temperature: 0 F<br>[ADVICE:] Safety: no choking foods (nuts, popcorn, raw carrots, cut hotdogs and grapes), corners, poisoning, gates<br>Diet: whole milk (< 24 ozs)<br>Toys: pull/push toys, play "point and name", shape sorter<br>AG: walking, decr. appetite, negativism, discipline<br>[ISSUES] well baby<br><br>< 24 ozs milk<br>MMR, Varicella, Prevnar(not in stock)<br><br> f/u 3 months<br>[EXAM: FINDINGS]:<br>....Eyes: RR-cover<br>....Hearing: nl, AFOF<br>....HEENT: nl shape<br>....Ears: Tms nl<br>....Throat: nl<br>....Neck: supple<br>....Lymph: none<br>....Heart: RR, no murmur<br>....Chest: equal BS<br>....Lungs: clear<br>....Abdomen: nl<br>....Hips: symm<br>....Pulses: fem 2+<br>....Back: nl<br>....Genitalia: Normal<br>....Hernia: no<br>....Extremity: nl<br>....Skin: good<br>....Dental: no rashes<br>....Jaundice: no<br>....Menstruation History: n/a<br>....Gross Motor: stands |

copyright (c) 2003. Visual Data, LLC 800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|------|------|------|
| **2515:** | | |
| | | ....Fine Motor: NORMAL<br>....Behavioral Development: NORMAL<br>....Neuro- Development: NORMAL<br>....Language Development: NORMAL |
| 07/05/2001 | 11 mos. 13 days<br><br>Patient Encounter<br>Pamela R. Phillips | <u>910 SUPERFICIAL INJURY OF FACE, NECK, AND SCALP EXCEPT EYE</u><br>[PROBLEM] fell out of stroller this am, nose bled - cried immediately, no LOC, taken to ER in NJ - told was fine, but mom wants to be sure<br>[OBJECTIVE] Well appearing, happy<br>[EENTN] nose, upper lip with large abrasion, no laceration, no active bleeding; nose - no deformity, no septal hematoma; upper lip - swollen, op - clear<br>[MISC.FINDINGS] neoro - nonfocal<br>[ASSESSMENT] facial trauma<br>[PLAN] observe<br>head injury instructions<br>topical abx ointment<br>phone f/u prn |
| 06/20/2001 | 10 mos. 28 days<br><br>Message<br>Gary S. Edelstein, M.D. | [REASON] had vaginal d/c which has resolved; now with redness;<br>[ACTION] Zinc oxide ; observe;<br>Caller:  MOTHER<br>Time Received:  01:50 PM<br>Note for:  GSE<br>Note written by:  GSE<br>Call Status: Returned |
| 06/14/2001 | 10 mos. 22 days<br><br>Message<br>Brigitte Kerpsack, M.D. | [REASON] greenish-yellow discharge noted twice on diaper over past 2 days, also after wiping; had AGE last week, no fevers, otherwise well<br>[ACTION] probable vaginitis; bath bid, f/u if no improvement or if fever<br>Caller:  MOTHER<br>Time Received:  04:45 PM<br>Note for:  BK<br>Note written by:  BK<br>Call Status: Returned |
| 04/23/2001 | 9 mos. 1 days<br><br>Growth Chart | Weight:      10.2 kg  22.4 lb   95 percentile<br>Height:      76.8 cm  30.3 in   97 percentile<br>Head Circ:  46.0 cm              94 percentile |
| 04/23/2001 | 9 mos. 1 days<br><br>Vaccine<br>Gary S. Edelstein, M.D. | IPV |
| 04/23/2001 | 9 mos. 1 days<br><br>Preventive Exam<br>Gary S. Edelstein, M.D. | <u>V20.2 ROUTINE INFANT OR CHILD HEALTH CHECK</u><br>[SUBJECTIVE: Interval History Since Last Visit :] 9 months - doing well;has a cold, no fever.  White inside mouth; taking flouride occ.<br>Diet: baby food; formula; water<br>Dev: pincer grasp, babbles, sits, crawls, pulls to stand, bangs, bye-bye, claps<br>Sleep:awkes at night - falls asleep in bed<br>Elim:nl<br>[EXAM: OBJECTIVE:] Well<br>....Weight:  22.4 lb   95 percentile<br>....Height:   30.3 in   97 percentile<br>....Temperature: 0 F<br>[ADVICE:] Diet: cup/spoon, table foods (no choking foods, shell fish, honey, tomatoes, strawberries, chocolate, nuts); tap water for fluoride, yogurt<br>Tylenol dose<br>Safety: foods, have Bendryl, babyproofing, gates<br>AG: sit/crawl/pull to stand/walling; night awakenings, appetite changes, tantrum<br>Toys: containers, books with stiff pages<br>[ISSUES] well baby<br>flouride .25 mg<br><br>IPV<br>Given MMR, varicella handouts |

copyright (c) 2003, Visual Data, LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|------|---------------------------------------------------|----------------|
| **2515:** | | |
| | | f/u at 1 year<br>[EXAM: FINDINGS]:<br>....Eyes: RR X2<br>....Hearing: normal<br>....HEENT: nl shape<br>....Ears: nl<br>....Throat: nl<br>....Neck: supple<br>....Lymph: none<br>....Heart: RR, no murmur<br>....Chest: equal BS<br>....Lungs: clear<br>....Abdomen: nl<br>....Hips: symmetric<br>....Pulses: fem 2+<br>....Back: normal<br>....Genitalia: Normal<br>....Extremity: FROM, nl<br>....Skin: nl<br>....Dental: no rashes<br>....Jaundice: no<br>....Menstruation History: n/a<br>....Gross Motor: nl tone<br>....Fine Motor: nl<br>....Behavioral Development: nl<br>....Neuro- Development: nl<br>....Language Development: nl |
| 03/16/2001 | 7 mos. 24 days<br>Message<br>Gary S. Edelstein, M.D. | [REASON] Upper respiratory infection: Runny nose - Clear ; yellow; no fever. decreased appetite; playful;<br>[ACTION] Can use OTC med qhs; observe; phone f/u<br>Caller:  MOTHER<br>Time Received:  11:26 AM<br>Note for:  GSE<br>Note written by:  GSE<br>Call Status: Returned |
| 01/23/2001 | 6 mos. 1 days<br>Growth Chart | Weight:      8.9 kg    19.6 lb    97 percentile<br>Height:     72.4 cm    28.5 in    97 percentile<br>Head Circ: 44.0 cm                  87 percentile |
| 01/23/2001 | 6 mos. 1 days<br>Vaccine<br>Gary S. Edelstein, M.D. | PCV<br>IPV<br>DTaP |
| 01/23/2001 | 6 mos. 1 days<br>Preventive Exam<br>Gary S. Edelstein, M.D. | [SUBJECTIVE: Interval History Since Last Visit :] 6 months - doing well<br>Diet:Good Start/baby food<br>Dev: babbbles, rolls, sits, reaches, transfers<br>Sleep:good<br>Elim:nl<br>....Weight:    19.6 lb    96.0 percentile<br>....Height:    28.5 in    99.0 percentile<br>[ABNORMALITIES EXPLAINED] Abdomen: Soft, NT/ND, no masses or HSM ( = nl for future visits)<br>[ADVICE:]<br>Diet: high chair, cup (tap water for flouride), stage 2 foods, no table foods<br>Tylenol dose<br>Safety - no allergy foods(tomatoes, berries, chocolate, nuts, honey) babyproofing, benadryl<br>Toys: large, easy to hold objects<br>AG: teething, stanger/separation anxiety, waking at night, may sit/crawl/pulll to stand<br>[ISSUES]<br><br>well baby<br>DTaP, prevnar, IPV |

copyright (c) 2003, Visual Data, LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient: SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|---|---|---|
| 2515: | | |

f/u 3 months
[EXAM: FINDINGS]:
....Eyes: RR X 2
....Hearing: nl, AFOF
....HEENT: nl shape
....Ears: TMs - nl
....Throat: nl
....Neck: supple
....Lymph: none
....Heart: RR, no murmur
....Chest: clear
....Lungs: equal BS
....Abdomen: see note
....Hips: symm, no clicks
....Pulses: fem 2+
....Back: nl
....Genitalia: Normal
....Hernia: none
....Extremity: FROM; nl
....Skin: none
....Dental: no rashes
....Jaundice: no
....Menstruation History: n/a
....Gross Motor: nl tone
....Fine Motor: grasps
....Behavioral Development: nl
....Neuro- Development: NORMAL
....Language Development: NORMAL

| 12/13/2000 | 4 mos. 21 days<br>Patient Encounter<br>Gary S. Edelstein, M.D. | <u>079.99 UNSPECIFIED VIRAL INFECTION</u><br>[PROBLEM] Has been constipated.  This AM developed red bumps on her cheeks.<br>Today began coughing and sneezing, and developed fever to 101.3.  Last tylenol 1 hour<br>ago.  Decreased appetite.  No one else sick at home.<br>[OBJECTIVE] Well appearing<br>[EENTN] TMs-normal; oroph-noninjected, no exudate, neck - supple; conjunctiva -<br>noninjected ; shotty occipital nodes;<br>[HEART] RR, no murmurs<br>[LUNGS] good aeration, clear<br>[ABDOMEN] soft, NT/ND, no masses or HSM<br>[DERMATOLOGIC] no rashes<br>[MISC.FINDINGS] Exts-well perfused<br>[ASSESSMENT] Viral illness<br>[PLAN] Observe; antipyretics ;encourage liquids; phone f/u |
| 11/29/2000 | 4 mos. 7 days<br>Growth Chart | Weight:     7.6 kg   16.8 lb   95 percentile<br>Height:    67.3 cm   26.5 in   97 percentile<br>Head Circ: 42.5 cm              83 percentile |
| 11/29/2000 | 4 mos. 7 days<br>Vaccine<br>Gary S. Edelstein, M.D. | DTaP<br>HepB/HIB<br>PCV |
| 11/29/2000 | 4 mos. 7 days<br>Preventive Exam<br>Gary S. Edelstein, M.D. | [SUBJECTIVE: Interval History Since Last Visit :] 4 months old - doing well<br>Diet: Good Start<br>Dev: babbles/laughs; reaching; hands together; objects to mouth; holds rattle<br>Sleep: back/side<br>Elim:<br>....Weight:   16.8 lb   79.0 percentile<br>....Height:   26.5 in   87.0 percentile<br>[ABNORMALITIES EXPLAINED] Abdomen: Soft, NT/ND, no masses or HSM<br>[ISSUES] well baby<br>DTaP, comvax, prevnar<br>Discuss starting baby food<br>Acetaminophen dose<br>Safety: don't leave alone on elevated surface; choking; burns; sun exposure |

copyright (c) 2003. Visual Data, LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type Age on Date Provider/Entered By | Record Summary |
|---|---|---|
| **2515:** | | Toys: large/easy to hold objects, rattles, speak/sing to baby<br>AG: everything in mouth, teething; prefers seated position, rolling, reaching<br>Starting feeding handout<br>f/u in 2 months<br>[EXAM: FINDINGS]:<br>....Eyes: RRX2<br>....Hearing: AF -  OF<br>....HEENT: nl shape<br>....Ears: TMs - nl<br>....Throat: nl<br>....Neck: supple<br>....Lymph: none<br>....Heart: RR, no murmur<br>....Chest: equal BS<br>....Lungs: clear<br>....Abdomen: see note<br>....Hips: symm, no clicks<br>....Pulses: fem 2+<br>....Back: nl<br>....Genitalia: nlfemale<br>....Hernia: none<br>....Extremity: well perfused, nl;<br>....Skin: n/a<br>....Dental: no rashes<br>....Jaundice: none<br>....Menstruation History: n/a<br>....Gross Motor: hldshead<br>....Fine Motor: nl tone<br>....Behavioral Development: alert<br>....Neuro- Development: NORMAL<br>....Language Development: NORMAL |
| 10/30/2000 | 3 mos. 8 days<br><br>Growth Chart | Weight:     6.8 kg    14.9 lb   92 percentile<br>Height:    64.8 cm   25.5 in   97 percentile<br>Head Circ: 41.0 cm            70 percentile |
| 10/30/2000 | 3 mos. 8 days<br><br>Vaccine<br>Gary S. Edelstein, M.D. | IPV |
| 10/30/2000 | 3 mos. 8 days<br><br>Preventive Exam<br>Gary S. Edelstein, M.D. | [SUBJECTIVE: Interval History Since Last Visit :] 3 months - doing well; rash on face<br>Diet: Good Start<br>Sleep:back/side<br>Dev: smiles/squeals, follows 180, hands together, turns head toward sound, regards hands<br>Elim:nl<br>....Weight:   14.9 lb   74.0 percentile<br>....Height:   25.5 in   86.0 percentile<br>[ABNORMALITIES EXPLAINED] Abdomen: soft, ND, NT, no masses, no HSM<br>[ISSUES] well baby<br>IPV<br>Diet: no solids yet<br>acetaminophen dose<br>Safety: never leave unattended, sleep position<br>Toys: cradle gym, kick gym, mirror, mobile, bright large objects,<br>AG: stays awake longer, reaches/grasping. babbling, drooling/everything in mouth<br>[EXAM: FINDINGS]:<br>....Eyes: RR X 2<br>....Hearing: AF - OF<br>....HEENT: nl shape<br>....Ears: TMs - nl<br>....Throat: CLEAR<br>....Neck: supple<br>....Lymph: none<br>....Heart: RR, no murmur |

**Confidential Information**

copyright (c) 2003, Visual Data, LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|------|------|------|
| **2515:** | | |

....Chest: equal BS
....Lungs: CLEAR
....Abdomen: see note
....Hips: symm,no clicks
....Pulses: fem 2+
....Back: Normal
....Genitalia: nl female
....Hernia: none
....Extremity: well perfused
....Skin: n/a
....Dental: No lesions
....Jaundice: none
....Menstruation History: n/a
....Gross Motor: nl tone
....Fine Motor: NORMAL
....Behavioral Development: alert
....Neuro- Development: head up
....Language Development: "talks"

| 09/12/2000 | 7 wks 3 days<br>Growth Chart | Weight:      5.5 kg     12.2 lb    92 percentile<br>Height:      59.7 cm    23.5 in    94 percentile<br>Head Circ:  39.0 cm                    68 percentile |
|------|------|------|
| 09/12/2000 | 7 wks 3 days<br>Vaccine<br>Gary S. Edelstein, M.D. | DTaP<br>HepB/HIB<br>PCV |
| 09/12/2000 | 7 wks 3 days<br>Preventive Exam<br>Gary S. Edelstein, M.D. | [SUBJECTIVE: Interval History Since Last Visit :] 2 months - Doing well<br>Diet:carnation good start every 3 hours<br>Dev: smiles, coos, follows past midline, responds to loud noises<br>sleep: on back/side<br>elim:qd - q 3days<br>....Weight:  12.2 lb    79.0 percentile<br>....Height:   23.5 in    84.0 percentile<br>[ABNORMALITIES EXPLAINED] Abdomen: soft, ND, NT nomasses, no HSM<br>[ISSUES] well baby<br>DTaP, comvax, prevnar<br>acetaminophen dose<br>Safety: never leave unattended, sun protection (hats, shade, no sunscreen until 3 months)<br>Toys: cradle gym, mirror, mobile, objects to swipe at<br>AG: smiles/squeals/more cooing, regards hands, turns to sounds<br><br>Plan: DTAP/HiB/IPV<br>[EXAM: FINDINGS]:<br>....Eyes: RR X 2<br>....Hearing: NORMAL<br>....HEENT: AFOF<br>....Ears: TMs - nl<br>....Throat: normal<br>....Neck: supple<br>....Lymph: none<br>....Heart: RR, no murmur<br>....Chest: equal BS<br>....Lungs: clear<br>....Abdomen: see note<br>....Hips: symm, no clicks<br>....Pulses: fem 2+<br>....Back: normal<br>....Genitalia: nlfemale<br>....Hernia: none<br>....Extremity: FROM, (-)anomalies<br>....Skin: n/a<br>....Dental: No lesions |

copyright (c) 2003, Visual Data, LLC  800-218-9916

**Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]**

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|------|---------------------------------------------------|----------------|

**2515:**

|  |  | ....Jaundice: none<br>....PKU: sickletrai<br>....Menstruation History: n/a<br>....Gross Motor: nl tone<br>....Fine Motor: normal<br>....Behavioral Development: head up<br>....Neuro- Development: alert<br>....Language Development: coos |
|------|------|------|
| 08/21/2000 | 4 wks 2 days<br>Message<br>Pamela R. Phillips | [REASON] no BM x 48 hrs, feeding well, good urine output, seems to be straining<br>[ACTION] observe, glycerine supp if no BM within next 24-48 hrs<br>Caller:  MOTHER<br>Time Received:  11:58 AM<br>Note for:  PRP<br>Note written by:  PRP<br>Call Status: Returned |
| 08/01/2000 | 1 wks 3 days<br>Growth Chart | Weight:      3.8 kg    8.4 lb    62 percentile |
| 08/01/2000 | 1 wks 3 days<br>Preventive Exam<br>Gary S. Edelstein, M.D. | [SUBJECTIVE: Interval History Since Last Visit :] 10 days old girl;<br>Doing well;<br>Diet: similac with iron 3.5 oz q 3 hours<br>sleep: side/back<br>elim: frequent stools<br>....Weight:  8.4 lb    64.0 percentile<br>[ABNORMALITIES EXPLAINED] Abdomen: soft, NT, ND, no masses, no HSM; Skin: 2 scabs on scalp<br>[ADVICE:] Respond to cries, sleep position (back/side), more alert time<br>Alternate head position, rectal thermometer<br>Define colic, constipation<br>Diet: no water, appetite spurts, can't overfeed<br>Discuss depressive symptoms<br>[ISSUES] well baby<br>f/u at 6 weeks<br>[EXAM: FINDINGS]:<br>....Eyes: RR X 2<br>....HEENT: AFOF<br>....Ears: TMs - nl<br>....Throat: normal<br>....Neck: supple<br>....Lymph: none<br>....Heart: RR, no murmur<br>....Chest: equal BS<br>....Lungs: CLEAR<br>....Abdomen: see note<br>....Hips: symm, no clicks<br>....Pulses: fem 2+<br>....Back: no pit/tuft, nl placement<br>....Genitalia: BTdesc<br>....Hernia: none<br>....Extremity: FROM, (-)anomalies<br>....Skin: n/a<br>....Dental: see note<br>....Jaundice: none<br>....PKU: pending<br>....Menstruation History: n/a<br>....Gross Motor: sym Moro<br>....Fine Motor: grasps<br>....Neuro- Development: nl tone |
| 07/22/2000 | 0 wks 0 days<br>Newborn Hx | Birth weight: 3.5 kg   7.8 lb<br>Birth lenght: 51.4 cm   20.25 in<br>Gestational Age: FULL TERM |

**Confidential Information**

copyright (c) 2003, Visual Data, LLC  800-218-9916

Event Chronology: A Medical Record Summary. Patient:  SKYLER SEPULVEDA [2515]

| Date | Record Type<br>Age on Date<br>Provider/Entered By | Record Summary |
|---|---|---|
| **2515:** | | |

copyright (c) 2003, Visual Data, LLC  800-218-9916

Manhattan Pediatrics, PC  16 East 60 St. #410  New York, NY 10022

212-326-3351

Event Chronology: Associated Scanned Documents. Patient:  2515  SKYLER SEPULVEDA

| | | | |
|---|---|---|---|
| **Descriptive ID:** | SEPULVEDA, SKYLER | **Type of Item:** | :DIAGNOSTIC TEST |
| **Date Entered:** | 02/10/2004 | **Category:** | THROAT CULTURE |
| | **Scan ID:** 24019 | | |

Data & Control Equipment  FIDOGE 2

(888) 631-1358 =)  111111111111111111111  09 FEB 04 01:24

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.631.1798

SPECIMEN INFORMATION
SPECIMEN: 14031009
REQUISITION:

COLLECTED:  02/06/2004   NONE
RECEIVED:   02/06/2004   18:19
REPORTED:   02/09/2004   08:27

PATIENT INFORMATION
SEPULVEDA,SKYLER
DOB: 07/22/2000 AGE: 3
GENDER: F
SS:
PHONE: 201.432.9086

REPORT STATUS    FINAL

ORDERING PHYSICIAN
PHILLIPS,PAMELA

CLIENT INFORMATION
T86425               10083710
MANHATTAN PEDIATRICS, PC
SUITE 410
16 EAST 60TH ST
NEW YORK, NY  10022-1002

**Test Name**                                                              Lab

                                                                           TBR

STREPTOCOCCUS,GRP A CULT        Final

                                   No group A streptococci
                                   isolated

PERFORMING LABORATORY INFORMATION:
TBR   Quest Diagnostics One Malcolm Avenue Teterboro NJ 07608 Laboratory Director: William L. Tarr, M.D.
      CLIA No: 31D0494244

SEPULVEDA,SKYLER - 14031009                        Page 1 - End of Report

Page 2, document continues ...

copyright (c) 2001. Visual Data, LLC  718-596-6658

Manhattan Pediatrics, PC  16 East 60 St. #410  New York, NY 10022

212-326-3351

**Event Chronology: Associated Scanned Documents. Patient:  2515  SKYLER SEPULVEDA**

| | | | |
|---|---|---|---|
| **Descriptive ID:** | SEPULVEDA, SKYLER | **Type of Item:** | :DIAGNOSTIC TEST |
| **Date Entered:** | 06/20/2003  **Scan ID:** 16966 | **Category:** | THROAT CULTURE |

Data & Control Equipment  FAXBOX 2          (800) 631-1390 -> *00000000000000000  07 JAN 03 01:08

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.631.1390

SPECIMEN INFORMATION
SPECIMEN: 46185428
REQUISITION:

COLLECTED:  NONE      NONE
RECEIVED:   06/16/2003   18:53
REPORTED:   06/18/2003   18:56

PATIENT INFORMATION
SEPULVEDA, SKYLER
DOB: 03/22/2000 AGE: 2
GENDER: F
SS#:

PHONE: 201.432.9086

REPORT STATUS    FINAL

ORDERING PHYSICIAN
EDELSTEIN, GARY

CLIENT INFORMATION
T86425                10083060
MANHATTAN PEDIATRICS, PC
SUITE 410
16 EAST 60TH ST
NEW YORK, NY  10022-1002

| Test Name | | Lab |
|---|---|---|
| STREP GROUP A CULT, THROAT | Final | TBR |
| | No group A streptococci isolated | |

PERFORMING LABORATORY INFORMATION:
TBR   Quest Diagnostics One Malcolm Avenue Teterboro NJ 07608 Laboratory Director: William L. Terr, M.D.
      CLIA #: 31D0634246

SEPULVEDA, SKYLER - 46185428                    Page 1 - End of Report

Page 10, document continues ...

copyright (c) 2001. Visual Data, LLC  718-596-6658

Manhattan Pediatrics, PC  16 East 60 St. #410  New York, NY 10022

212-326-3351

**Event Chronology: Associated Scanned Documents. Patient:  2515  SKYLER SEPULVEDA**

| | | | |
|---|---|---|---|
| ***Descriptive ID:*** | SEPULVEDA, SKYLER | ***Type of Item:*** | :REFERRAL LETTER |
| ***Date Entered:*** | 10/08/2002 | ***Scan ID:*** 8863 | ***Category:*** | DR. KELLER |



Division of Pediatric Otolaryngology
Children's Hospital of New York
New York Presbyterian Hospital



Joseph Haddad, Jr., M.D.
Jeffrey L. Keller, M.D.
Lianne M. de Serres, M.D.

September 17, 2002

Pamela Phillips, M.D.
16 E. 60th Street
New York, NY 10022

RE: Skyler Sepulveda

Follow-Up Visit:

Dear Dr. Phillips:

Skyler Sepulveda  was seen in follow-up consultation at Columbia-Presbyterian East Side Associates on September 17, 2002.

| | |
|---|---|
| **Problem:** | **Routine follow up post tubes, no otorrhea, doing well.** |
| Physical Exam: | **Right ear:** Patent tube. |
| | **Left ear:** Patent tube. |
| | **Nose:** Clear. |
| | **Oropharynx:** 3+ tonsils. |
| | **Neck:** No adenopathy. |
| **Impression:** | Patent tubes. |
| **Plan:** | Observe. |

**Follow-Up Visit:  6 months.**

Thank you. Please call me if you have any questions.

Sincerely,

Jeffrey Keller, M.D., F.A.C.S.
Pediatric Otolaryngology –
Head & Neck Surgery

JK/mja/DXSEPULVEDA.SKYLER

*3959 Broadway, 5 North • New York, NY 10032 • (212) 305-8933 • Fax (212) 305-6142*
*16 East 60th Street, Suite 360 • New York, NY 10022 • (212) 326-8475 • Fax (212) 326-8585*

copyright (c) 2001. Visual Data, LLC  718-596-6658

**Manhattan Pediatrics, PC  16 East 60 St. #410  New York, NY 10022**

212-326-3351

Event Chronology: Associated Scanned Documents. Patient:  2515  SKYLER SEPULVEDA

| | | | |
|---|---|---|---|
| **Descriptive ID:** | SEPULVEDA, SKYLER | **Type of Item:** | :DIAGNOSTIC TEST |
| **Date Entered:** | 06/29/2002 | **Category:** | CBC WITH PLATELETS |
| | **Scan ID:** 6943 | | |



**Vaccine Record - Confidential Information**

Manhattan Pediatrics, PC  16 East 60 St. #410  New York, NY 10022

**Return Address:**    212-326-3351

Brigitte Kerpsack, M.D.
16 East 60 Street, Suite 410
New York, NY 10022

Date printed 02/13/2004

**Your Next Appointment:**

EVETTE SEPULVEDA
13 GILES AVENUE
JERSEY CITY, NJ 07306

**Patient: 2515 : SKYLER SEPULVEDA**    **D.O.B. 07/22/2000**    **SEX: F**

Message..... It is important that your child's immunization record is up to date and accurate. Please notify us of any corrections or updates immediately. Thank you.

Immunization
FORECAST:
D-T-P #5 ....... between 07/22/2004 and 07/22/2007, earliest is 07/22/2004;
Polio #4 ....... between 07/22/2004 and 07/22/2007, earliest is now;
PCV #4 ......... recommended now;
M-M-R #2 ....... between 07/22/2004 and 07/22/2007, earliest is now;

Reactions...

Allergies... No known allergies

Immunizations    Total number: 18    Age on date printed (02/13/2004): 3 yrs. 6 mos.

| D - T - P Group | | HIB | | Polio | | M-M-R | |
|---|---|---|---|---|---|---|---|
| DTaP | 09/12/2000 | HepB/HIB | 09/12/2000 | IPV | 10/30/2000 | MMR | 07/23/2001 |
| DTaP | 11/29/2000 | HepB/HIB | 11/29/2000 | IPV | 01/23/2001 | | |
| DTaP | 01/23/2001 | HepB/HIB | 10/23/2001 | IPV | 04/23/2001 | | |
| DTaP | 10/23/2001 | SC | | | | | |
| | | | | | | | |

| | | Varicella (Chickenpox) | |
|---|---|---|---|
| | | Var | 07/23/2001 |
| | | | |

| Hep B | | Hep A | | Pneumococcal | |
|---|---|---|---|---|---|
| HepB/HIB | 09/12/2000 | | | PCV | 09/12/2000 |
| HepB/HIB | 11/29/2000 | | | PCV | 11/29/2000 |
| HepB/HIB | 10/23/2001 | | | PCV | 01/23/2001 |
| | | | | DUE | |

Other Vaccines:

| | |
|---|---|
| FLU - 6-35m | 11/04/2002 |
| FLU - 6-35m | 02/28/2003 |
| FLU - 3yrs+ | 12/05/2003 |
| | |
| | |
| | |
| | |

SC - series complete    AS- atypical schedule    DVH - deferred: vaccine history pending
NR - not required    AR-adverse reaction to prev.    DMC - deferred: medical contraindications
DD - documented disease    DI - documented immunity: protective titers
Hx?- History in question    OK- within minimum interval    DUE- within recommended range

Manhattan Pediatrics, P.C.
16 East 60th Street, Suite 410
New York, NY 10022

**Brigitte Kerpsack, M.D.**
216418 216418

July 30, 2002

Pamela Phillips, M.D.
16 E. 60th Street
New York, NY 10021

RE: Skyler Sepulveda

Dear Dr. Phillps:

I had the pleasure of seeing Skyler Sepulveda in consultation at Columbia-Presbyterian East Side Associates on the 30th of July. Sklyer is a 2-year-old with a history of chronic serous otitis for a number of months. She has had seven episodes of acute otitis.

Her past medical history is unremarkable. She has no drug allergies.

On physical examination the tympanic membranes were dull with decreased mobility. There was serous fluid bilaterally. Nasal exam was unremarkable. Examination of the oral cavity and the oropharynx revealed 2+ tonsils with an intact palate. Neck exam was benign.

An audiogram performed today revealed borderline normal hearing with Type C tympanograms.

My impression is that Skyler has had chronic fluid. Given the recurrent infections, I think tube placement is indicated. The risks, benefits and alternatives were discussed. The mother will contact my office to schedule surgery. She also has moderate to severe adenotonsillar hypertrophy with minimal symptoms. I have recommended observation with regards to the tonsils and adenoids.

Thank you for the opportunity to participate in Skyler's care. Please call me if you have any questions.

Sincerely,

Jeffrey Keller, M.D., F.A.C.S.
Pediatric Otolaryngology -
 Head & Neck Surgery

JK/mja

# Medical Records of Trisha Torres



**Jack and Lucy Clark
Department of Pediatrics**

**Jack Martin Division of
Hematology/Oncology**

William L. Carroll, M.D., Chief
Carrie Brownstein, M.D.
Sharon Gardner, M.D.
Ludovico Guarini, M.D.
Anne Hurlet, M.D.
Deepa Manwani, M.D.
W. Beau Mitchell, M.D.
Elizabeth Raetz, M.D.
Lauren Fennimore, C.P.N.P.
Bernadette Vesey, C.F.N.P.
Jerald Bruno, M.P.A.

*Office: (212) 241-7022
Fax: (212) 360-6921
Patient Appointments: (212) 241-0585
One Gustave L. Levy Place, Box 1208
New York, New York 10029*

To: Dr. Smith
    Adolescent Health Medicine
    320 E. 94th Street
    New York, N.Y. 10128

Re: Torres, Tricia
DOB: 10/31/89
Unit#: 2338720

Medical History update: 11/1/02

Dear Dr. Smith,

Tricia Torres is a patient of our Pediatric Hematology clinic for Sickle Cell Anemia. She was first seen at Mount Sinái in January 2002. She has been followed at Lenox Hill and the NYU pediatric hematology team provided her hematology care. We have not succeeded to get a complete copy of the records from Lenox Hill. However, her and her Grandmother provided us with her past medical history.

**Past Medical History:**
She was born at Lenox hill and newborn screening did the diagnosis of Sickle Cell Disease. She was started on Penicillin prophylaxis. Then switched to Amoxicillin for some unknown reason.
At age 2 weeks old she had an infection with possibly fluid around the brain???
As a young child she had numerous admissions at Lenox Hill for fever.
Event related to Sickle Cell disease:
    Splenic sequestration at age 3 followed by splenectomy
    Cholecystectomy at age 4
    Pneumonia but no transfusion during that hospitalization
    No neurological events but had a MRI/MRA 2 years ago for school difficulties
    She does not frequent pain crisis and has never been admitted for pain.
She had chronic snoring and possibly sleep apnea.

Admission at Mount Sinai
7/4/02 for high fever no complications

Diet
Her appetite is poor and she has been on BOOST supplements

Vaccinations are up to date but the pneumococcal vaccine

Available data: Prevnar was given in 1991
Flu shot given in heme clinic 10/15/02

**Family History:**
The family is from Porto Rico. Tricia lives with her grandmother. Her mother lives in New Jersey and has another child born in 2001. Tricia visits her mother regularly. They are closed. Tricia tries to live in New Jersey but did not like the school. This seemed to be the main reason why she is with her grandmother who can also give her all attention and can bring her to all her appointments.

**Psychosocial Issues:**
A psychologist at Lenox Hill has followed Tricia. She possibly had ADAD but is not on any medications. She still sees Dr. Villaluz (212 562 7613) her psychologist once/week
At school she has difficulties in reading and has been evaluated several time. Last evaluation in 7/2001 concludes that she meets the criteria for speech and language disability. Her mathematical skills are also borderlines.
Tricia is very concerned about the fact that compared to her peer she is not sexually developed.

**Physical Exam** (10/15/02):
She is a very pleasant adolescent girl. She likes to ask question about her condition.
Skin: she is slightly icteric. There are clean scars of surgery on the abdomen.
HEENT:
Eyes icteric, pupil equal reacting to light, no strabism, normal light reflex
Mouth clean, no dental cavities. Tonsil present, normal size, no exudates
Nodes: L axillary's node palpable
Cardio-vascular: Grade II/IV systolic murmur, Lungs clear
Abdomen soft, no hepatomegaly
No neurological deficit
No bone deformities or anomalies
Genitalia Tanner1

**Laboratory Evaluation:**
See lab flow sheet

**Special Tests, Consults and Procedures**
EKG ECHO was performed prior to her coming to MS. It was repeated on 10/15. Results not yet available
Pulmonary functions were performed 5/02 they were normal
Ophthalmology consult was done but no results available at this point
Trans Cranial Doppler was done 10/02. It was within normal range for age and sickle cell disease.
Adolescent medicine referral was made. Dr Smith who is now her PMD now follows her.
Dental clinic: she was seen in dental clinic this year
ENT consult appointment was given but there is no note available
She will continue to be seen by Hematology clinic and adolescent medicine.

**Issues Not Solved**
ENT and need for T @ A
EKG/ECHO results
Ophtalmology consult results
Review Pmeumococcal vaccine

Do not hesitate to call me if you have any questions.  My number is 212.241.7022.


Best regards,

Anne Hurlet, M.D.
Clinical Associate Professor
Division of Pediatric Hematology/Oncology

# NEUROLOGICAL INSTITUTE OF NEW YORK
## NON-INVASIVE VASCULAR LABORATORY
### 710 West 168 St. Rm 649, New York, NY 10032
### FINAL REPORT

| | | | |
|---|---|---|---|
| Patient Name: | Torres, Trisha | Date: | 10/23/2002 |
| Referring Physician: | Anne Hurlet, M.D. | Unit No: 433 61 27 | |
| Reason for Referral: | Sickle Cell Disease | DOB: | 10/31/89 |
| Doppler Analyst: | OM Ramos | | |

### TRANSCRANIAL DOPPLER STUDY

#### LEFT-SIDED CIRCLE OF WILLIS FINDINGS

| | Depth (mm) | Peak (cm/sec) | Mean (cm/sec) | Pulsatility Index |
|---|---|---|---|---|
| Middle Cerebral | 50 | 156 | 115 | 0.66 |
| Anterior Cerebral | 56 | 156 | 114 | 0.65 |
| Posterior Cerebral | 60 | 125 | 91 | 0.73 |
| ICA | | | | |

#### RIGHT-SIDED CIRCLE OF WILLIS FINDINGS

| | Depth (mm) | Peak (cm/sec) | Mean (cm/sec) | Pulsatility Index |
|---|---|---|---|---|
| Middle Cerebral | 50 | 177 | 124 | 0.73 |
| Anterior Cerebral | 56 | 126 | 91 | 0.66 |
| Posterior Cerebral | 60 | 120 | 86 | 0.77 |
| ICA | | | | |

#### POSTERIOR CIRCULATION FINDINGS

| | Depth (mm) | Peak (cm/sec) | Mean (cm/sec) | Pulsatility Index |
|---|---|---|---|---|
| **Left** Vertebral | | | | |
| **Right** Vertebral | | | | |
| **Basilar** | 80 | 135 | 97 | 0.77 |

**Compression: Not done.**
**Impression: Complete study showed normal waveforms and flow velocities in the Circle of Willis and Basilar.**

**Comments:** Unless otherwise specified above, the probe for the cerebral arteries was positioned over the ipsilateral region just above the zygoma, and that for the intracranial carotid was positioned just above the globe directed toward the superior orbital fissure. Unless otherwise specified, the probe was placed at the skull base below the inion for imaging of the Basilar artery and on either side for imaging of the Vertebrals and PICA.
No significant change from the previous study done on 10/18/2000.

I have personally reviewed and interpreted this study. Thank you for this referral.

**J.P. Mohr, M.D.**



**MOUNT SINAI HOSPITAL**          **NEW YORK,NY**          **212-241-8667**

**CARDIAC NONINVASIVE LABORATORY**          **Record #:** 02338720
**ECHOCARDIOGRAM : CARDIAC ANATOMY**          **Name: Torres, Trisha**

Date  : October 15, 2002, 09:00          DOPPLER COLOR M-MODE 2-D OFFD/A
Location: Hematology-Oncology Outpatient
Doctor: HURLET-A
Tape #: CF5573 (0:32:24)
Born  : October 31, 1989     Age: 13.0 years
Height: 149.0 cm, 12 %ile     Weight:  34.4 kg,  7 %ile     BSA: 1.18 m$^2$
Diagnosis: sickle cell disease
Reason for test: initial study

---

**Anatomical Diagnoses**
    Cardiac Segments  {S,D,S}

    **Veins and Atria**
        PATENT FORAMEN OVALE, TRIVIAL                              202004
            Trivial patent foramen ovale with normal systemic and
            pulmonary venous connections.

    **A-V Canal**
        (No abnormalities seen)

    **Ventricles**
        GLOBAL LEFT VENTRICULAR DYSFUNCTION RULED OUT              181308

    **Conotruncus**
        (No abnormalities seen)

    **Great Arteries**
        LEFT AORTIC ARCH                                          271000
            Left aortic arch with normal branching pattern,patent
            ductus arteriosus and coarctation excluded.
        DILATATION OF THE MAIN PULMONARY ARTERY                   232400
        DILATED ASCENDING AORTA                                   270100

    **Pericardium**
        (No abnormalities seen)

    **Other**
        SICKLE CELL ANEMIA                                        470300

---

(Continued)

Page 2
   MOUNT SINAI HOSPITAL       NEW YORK,NY       212-241-8667

CARDIAC NONINVASIVE LABORATORY     Record #: 02338720
ECHOCARDIOGRAM : CARDIAC ANATOMY    Name: Torres, Trisha

---

**MEASUREMENTS**

```
    Aortic Valve: 1.93 cm           Zscore =  1.83
        Mean for BSA =  1.65,  Normal range =  1.35 to  1.95
    Aortic Root: 2.90 cm            Zscore =  3.12
        Mean for BSA =  2.17,  Normal range =  1.71 to  2.63
    Sinotubular junction: 2.21 cm   Zscore =  1.91
        Mean for BSA =  1.84,  Normal range =  1.47 to  2.22
    Ascending Aorta: 2.27 cm        Zscore =  1.96
        Mean for BSA =  1.88,  Normal range =  1.49 to  2.27
    Transverse Arch: 1.90 cm        Zscore =  1.69
        Mean for BSA =  1.62,  Normal range =  1.29 to  1.95
    Aortic Isthmus: 1.81 cm         Zscore =  2.44
        Mean for BSA =  1.31,  Normal range =  0.91 to  1.71
    Pulmonic Valve: 2.55 cm         Zscore =  3.21
        Mean for BSA =  1.90,  Normal range =  1.50 to  2.30
    Main Pulm Artery: 2.50 cm       Zscore =  2.89
        Mean for BSA =  1.83,  Normal range =  1.38 to  2.29
    Right Pulm Artery: 1.31 cm      Zscore =  1.07
        Mean for BSA =  1.14,  Normal range =  0.83 to  1.45
    Left Pulm Artery: 1.29 cm       Zscore =  1.10
        Mean for BSA =  1.11,  Normal range =  0.79 to  1.43
    Tricuspid Valve (Lat): 2.54 cm  Zscore =  0.46
        Mean for BSA =  2.38,  Normal range =  1.69 to  3.07
    Tricuspid Valve Area: 5.07 cm^2 Zscore =  0.52
        Mean for BSA =  4.50,  Normal range =  2.88 to  7.04
    Mitral Valve (Lat): 2.92 cm     Zscore =  1.75
        Mean for BSA =  2.28,  Normal range =  1.72 to  3.01
    Mitral Valve Area: 6.70 cm^2    Zscore =  2.60
        Mean for BSA =  3.70,  Normal range =  2.36 to  5.79
```

---

**Report Summary**

    Patient with the diagnosis of Sickle cell anemia.

    Trivial patent foramen ovale.

    Qualitatively good biventricular function.

    Dilated main pulmonary artery and ascending aorta as is often seen in high output states and not uncommonly with sickle cell anemia.

---

October 15, 2002, 05:02 PM       Shubhika Srivastava, M.D.

MOUNT SINAI HOSPITAL          NEW YORK,NY          212-241-8667

**CARDIAC NONINVASIVE LABORATORY**          **Record #: 02338720**
**ECHOCARDIOGRAM : CARDIAC FUNCTION**       **Name: Torres, Trisha**

Date  : October 15, 2002, 09:00          DOPPLER COLOR M-MODE 2-D OFFD/A
Location: Hematology-Oncology Outpatient
Doctor: HURLET-A
Tape #: CF5573 (0:32:24)
Born  : October 31, 1989     Age: 13.0 years
Height: 149.0 cm, 12 %ile     Weight:  34.4 kg,  7 %ile      BSA: 1.18 m$^2$
Diagnosis: sickle cell disease
Reason for test: initial study

---

| M-MODE: | DIASTOLE | SYSTOLE | DIASTOLE NORMAL |
|---|---|---|---|
| LV Dimension: | 4.66 cm | 3.02 cm | 3.54 - 4.88 |
| IVS Thickness: | 1.14 cm | 1.44 cm | 0.57 - 1.08 |
| LVPW Thickness: | 0.85 cm | 1.51 cm | 0.59 - 0.97 |

    LV Mass:  160.0  grams    Normal range:  64.8 - 142.2

STI:
    Heart Rate:  84 bpm     RR Interval:  717 msec     IRT:    msec
    ET:        284 msec     ETc:          335 msec     PEP:  85 msec

BP:
    Systolic:  103  mmHg     Diastolic:     55  mmHg     Mean: 74  mmHg

STRESS:
    Peak:        134 g/cm$^2$     End-Systolic:  33 g/cm$^2$     Total:23 g/cm$^2$

LV FUNCTION:
    Fractional Shortening: 35.1 %   VCF: 1.24 c/s   VCFc: 1.05 c/s

CONTRACTILITY INDICES:
    End-Systolic Stress-Shortening Relation:   Normal
    End-Systolic Stress-VCFc Relation:         Normal

---

**Report Summary**

    Moderate increase in left ventricular mass (95 %ile LVM =
142 g).

    Normal left ventricular contractility (minimum normal VCFc
for this level of afterload = 0.93).

    Normal left ventricular function (normal FS for age = 28.4
to 38.0 %) with normal afterload (normal ESS for age = 31 to 60
gm/cm^2).

    The ESS-VCFc and ESS-FS relationships are consistent with
normal preload.

---

(Continued)

Page 3
  **MOUNT SINAI HOSPITAL**          **NEW YORK,NY**          **212-241-8667**

**CARDIAC NONINVASIVE LABORATORY**          **Record #: 02338720**
**ECHOCARDIOGRAM : CARDIAC FUNCTION**          **Name: Torres, Trisha**

---

**Report Summary(Continued)**

---

October 15, 2002, 05:02 PM                    Shubhika Srivastava, M.D.



# Supporting Letters from Family and Friends[1]

---

[1] **Supporting letters attached hereto are submitted in chronological order.**

11-15-03

To Whom it may Concern,

I am happy to provide a personal reference for Mr. Jason Sepulveda. My name is Anthony Batista. I live and work in Manhattan and have known Mr Sepulveda for 16 years. During that time, I have gotten to know Mr Sepulveda very well.

I know him as a trustworthy and good hearted friend and a loving father and husband. He is a hardworking and caring man who deserves a second chance regardless of the mistakes he has made. I know that he sincerely regrets the pain that he has cause to his friends and family.

Yours Truly,
Anthony Batista

GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022

T: 212.813.8800
F: 212.355.3333
goodwinprocter.com

November 17, 2003

To whom it may concern:

### RE: Jason Sepulveda

I met Jason Sepulveda through his wife, Evette, who is a co-worker and good friend of mine. I have known Jason for 2 years now as a friend and most recently, as a landlord.

I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely a well-respected individual. Everyone whom I met can only say good things about Jason, and accordingly, during these past 2 years, I have been able to experience and see first-hand, what a wonderful individual Jason is.

As a friend, Jason Sepulveda is an outstanding person. He is loyal, honest, considerate and supportive. There is never a doubt in my mind that if you are in need for emotional, mental or even financial support, Jason would be the first person to shine through for you.

I view Jason as my mentor and role model. I have found Jason to be a person whom I can openly communicate with. He has the ability to see and understand things from all aspects and is open to other people's opinions and feelings. He is a great communicator, very articulate and knowledgeable, and he is a firm believer that hard work is the only way to achieve your goals in life.

I am only 25 years old and moved here to the East coast 2 years ago, having little to no family and not knowing anything about this place. Jason and his wife have taken it upon themselves to befriend a complete stranger and have welcomed me with open arms into their family.

Furthermore, Jason treats each individual with respect and courtesy. Being a friend and a tenant does not interfere with our relationship. I have found Jason to be a more than fair landlord and is very reliable and dependable when there are (if any) conflicts arising.

I really cannot think of anything negative when it comes to Jason. All in all, Jason Sepulveda is an outstanding, well-balanced individual, with more than enough positive qualities.

For your information, I have been a corporate legal secretary for Goodwin Procter, LLP for two years, and collectively, have been a legal secretary for six years in both the family law and corporate practice. I am more than happy to provide further information if required.

Yours faithfully,

Rochelle B. Rulloda

11/17/03

To whom it may concern,

I Natividad Maldonado is the mother-in-law of Jasen Sepulveda. I've knew him for 13yrs. Jasen is a great son-in-law. He is always there for me when I need something done around the house. I am so happy that he married my daughter. Jasen is a great husband & father for I have seen it from my own eyes. Jasen is also a hard working men always providing for his family. Jasen always calls me to see how I'm doing and if I need any thing.

Sincerely,

Natividad Maldonado
205 East 112st Apt 3C
New York, N.Y 10029
H - 212-289-1045

11/27/03

To whom it may concern,

My name is carlos. I work in a grocery store in Newark New Jersey. I've known Jason for 6 years, I've known Jason to be a hard working person, Jason, is a great friend to me always there when I need help and he was always there for me when I was at my worst. Jason, is a honest, loveing respectable, reliable, dependable individual.

I've seen Jason with my own eyes that he loves his family, kids, + wife. He is also a great provider to his family. Jason to me is a truly a loyal friend.

If you have any questions please feel FREE to contact me at: (973)-926-0735.

Carlos So-----a

11-18-03

To Whom it May Concern,

My name is Benjamin S. Kassim and
I live in MidTown, Manhattan, I am Writing
this letter in regards to Mr. Jason Sepulveda,
who is and Always has been a Very Sincere,
and Trusted friend. I can personally say
that I have known Jason for the Past 15 years
and Not once has he ever been in any Type
of trouble, with anyone. I am A Viet Nam Vet
at age 52, and I would not Trust anyone
more that Jason. He's has a Very good
out look on life, But. Anyone Can make
mistakes. But! Can learn to be better in
life for himself and others, If given another
Opportunity to correct any Wrong doings So
or any. He is Also a loving husband to his
wife and a Caring father to his daughter.
In my eyes. Jason, as a friend. I know he's A Good person

and always means to No good.

I'm praying that Jason would be given a Second lease on his life, for All sake. and learn, that life, and freedom means Everything to those you love, and Carefor Please feel free to Contac me at

Mr. Benjamen D. Vassin
1763 - 2nd Ave # 11N
New York, N.y. 10128
212-369-5027

Sincerely,

Mr. Benj Vassin

December 1, 2003

To Whom It May Concern:

The purpose of this letter is to state my familiarity and rapport with Mr. Jason Sepulveda.

One year ago, I was fortunate to have met Jason. After moving from Wisconsin to New York City, I encountered many new challenges. I met Jason through his wife Evette Sepulveda. Jason and his family, in a sense, took me under their wings and became a surrogate family for me. They provided continual encouragement that helped me with my new surroundings.

Throughout the past year I was able to get to know Jason well. He is a strong-minded, determined and hard working man. It became clear to me that Jason is exceptionally responsible and highly respected among his family and friends. By witnessing his interactions with his children, I can confidently say Jason is a loving and patient father. He and his wife Evette have a remarkable relationship. I commend them for their honest and healthy communication skills. It was enlightening proof to me that relationships can and do flourish with time.

The truth of the matter is that Jason Sepulveda is an intelligent and caring individual. My treasured experiences in New York were greatly in part because of my relationship with Jason and his family. This family has positively affected my life in many unforgettable ways.

Sincerely,

Catheryn A. Caley
301 N. Pinckney Street #2
Madison, Wisconsin  53703
347.731.6996

February 11, 2004

To whom it may concern,

My name is Evette Sepulveda and I am submitting this letter in order to provide you with a character commendation for Mr. Jason Sepulveda.

I have been employed by Goodwin Procter LLP for over six years and am also mother to three beautiful daughters and a wife to my loving husband, Jason Sepulveda.

Thirteen years ago, I met Jason through a friend of mine at the Puerto Rican Day Parade. We got to know each other very well and got really close. Two months after we met, we started dating, and have been with each other ever since. We have been happily married for seven years and have been blessed with three beautiful daughters. Through the years, I have gotten to know Jason better every day, as a very good friend, boyfriend, husband, and father.

Jason has always been a person who had goals in life and had all the intentions to work hard to reach every single one of them. I have been fortunate that we chose one another to be by each other's side, to help achieve all goals. He worked part-time and was going to school full-time. After graduating from college, Jason wanted to give back to his community and became a police officer and later became a private investigator. My husband takes great pride in his work, and takes his job very seriously. He loves to work and does outstanding on every assignment he's given.

Not only is Jason a hard-worker, but he is a wonderful, loving family man. Our first daughter, who is 14 years old, is from another man. At the age of one years old, Jason took her in as if she were his own, and has been that way with her ever since. No real man would ever do that. You would never be able to tell that Jason was not my daughter's biological father. Our daughter suffers from a life-long illness called sickle cell disease. From the day she was born, she has been in and out of hospitals, have seen and been treated by numerous doctors, and have been on constant medication. And from day one, Jason has been there for her. Our daughter has had 2 surgeries and numerous of blood transfusion and thanks to the lord she is still here with us. He has always been by her side whenever our daughter fell ill or was admitted into the hospital we actually take turns staying in the hospital with her. Jason has been there to support us emotionally and financially.

February 11, 2004
Page 2

Our second daughter, Jason's biological daughter, is 13 years old.  Although she lives with her
biological mother, Jason makes every effort to support her in every way he can and with
everything she needs.  We also take her on weekends to spend time with us and her little sister.
She too is not well, and suffers from mental illness and depression. She was admitted to Believue
hospital to be treated and to be under suicide watch.  She looks up to her father and depends on
him.  She calls him every time to talk to him.  She has been through psychiatric therapy and
Jason has been there for her every step of the way.

And together, we have our three year old daughter, whom Jason keeps close to his heart also.
With hopes that our third child would come out healthy, she too suffers from chronic illness
asthma and stuffers from upper restpotary breathing she's been in and out of the hospitals since
birth.  We constantly have to give her, her asthma machine for her breathing, she gets sick at
least 3 times a month.  She was also diagnosis with Sickle Cell Trait.  Jason and I we try to be
strong for our kids with working and taking care of sick kids he is the only one that I could count
on and rely on.  We take turns with our kids.

With three daughters that all have medical conditions, they need their father on a daily basis to
be there for them for moral support and to be there for them emotionally and financially.  All
three of our daughters look up to their father with great admiration and seek his love and
guidance every waking moment.  Our children are both our pride and joy, and they need their
father in their life.  They need that role model of a strong, loving, caring, nurturing and
understanding man.  They ***need*** their father in their lives.

Everyone that Jason has met over the years, love him and have gotten along with him.  Jason is a
person that you could talk to and is always willing to listen.  Jason is a person that you could
count on for help or comfort, regardless of how hectic his life or schedule is.

Jason is very knowledgeable.  He takes the initiative to educate himself and learn about modern
day technology and keeps up-to-date with current events and his surroundings.  You can rarely
find my husband lounging in front of the television or sleeping in on the weekends.  He is
someone that likes to keep active – whether it would be spending time with his family or
learning something new.

Through thick and thin, Jason has always been there for me.  Jason is not only my husband, but
he is also my best friend.  I rely on him for everything.  Jason is my love, my world, my
everything.  We do everything together, as husband and wife, and most importantly, as a family.

Jason is a respectable, hard working, loving, caring, and a very understanding individual.  Jason
and I have been together for 13 years.  I can not see myself without him, nor can I see my
children without their father.  We are united as one.  Besides our children, Jason is the best thing
that has ever happened to me.

February 11, 2004
Page 3

Jason is a person that would help you in any way he can. My husband has a beautiful, loving heart. Jason is a very ambitious, very creative, and outgoing person. There are not enough words to describe how much of an amazing person my husband is – to his family, to his friends, and to his neighbors.

These past months have been devastating for our families, our children and me. We have been going through so much pain and suffering since this happened, not to mention the impact it has on our children, and the changes that we all have gone through since October. How do you explain to a three year old, who had to witness her father being taken away? I pray every moment that you will find it in your heart to take this letter in consideration. I know that my husband has learned a very hard lesson on someone else's mistake, and I pray that you will see that my husband is not the person who your officers "claim" him to be. In fact, he is nothing of what they categorize him to be.

Thank you for reading this letter on behalf of my husband, Mr. Jason Sepulveda's situation.

If you have any question's please feel free to contact me at 212-813-8903

Evette Sepulveda
Home address: 13 Giles Avenue, Jersey City NJ, 07306 (201) 432-9086.
Work address: 599 Lexington Avenue, New York, NY (212) 813-8903.

Sincerely yours,

Evette Sepulveda

To whom it may Concern.

I am writing this letter on the behalf of my long time friend (Jason Sepulveda) who has a great personality and a great sense of humor. Jason is a great person to be around with. He is a very respectable individual who will do anything for his family and friends. Jason has two beautiful daughters and a loving wife, which he is greatful for. Jason is a great father who provides for his family in a great deal. Since the day Jason and I met. Jason has been a good friend.

Sincerely yours,

Louie Casillas.

Louie Casillas
350 Madison St. #2A
N.Y. N.Y. 10002
Cell # (917) 642-2620

To whom it may concern,

When you met someone special, understanding and caring, you seem to feel that right away. The day I met Jason I knew that is what he was and more. I am Elizabeth Mulawka and I met Jason through David his nephew. We met about five years ago at a family event where he welcomed me like a good friend, and thats what we became.

We didn't spend much time together but when we did he would listen and care. He would always give great advice and would never seem too busy to hear you out. He would also tell me how much he loved his family, and about all the great times he had with his wife and kids. He would tell them how

much he loved them whenever
he could. I admired him
very much for his openness
and big heart, and the
way he would do anything
for his family. ~~scribbled out~~

~~scribbled out~~

Elizabeth
Mulawka
161 Main Street
Garfield, N.J 07026
973-253-8977